IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr151-MHT |
| | ) | (WO) |
| **JAMES CORNELIUS SMITH** | ) | |

**ORDER**

This case is before the court on the probation officer's petition for early termination of probation for defendant James Cornelius Smith. In the petition, the officer explains that, after receiving one positive drug screen in 2018, which was the same month that he began his term of probation, Smith successfully completed the Fellowship House substance-abuse treatment program, and that he has not had another positive screen since then. Since then, the officer continues, Smith has been compliant with all conditions of probation, has maintained stable employment for over three years, and has paid for and maintained his own apartment for about two and half years. Indeed, he asked to stay at the Fellowship House longer than

required to so that he could save up money to get his own apartment, which is a commendable sign of responsibility and maturity. In the words of his probation officer, Smith "appears to have well positioned himself to remain crime free and to be a productive member of the community." Petition for Early Termination of Probation (Doc. 44) at 1. For these reasons, and based on the representation in the petition that the government does not oppose early termination, it is ORDERED that:

(1) The petition for early termination of probation (Doc. 44) is granted.

(2) Defendant James Cornelius Smith's term of probation is terminated effective immediately, and he is discharged.

DONE, this the 26th day of July, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE